IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN PATRICK SMITH,<br><br>Defendant. | CR 23-15-M-DLC<br><br><br>ORDER |

On February 23, 2023, Defendant Kevin Patrick Smith appeared before the Court for his initial appearance and arraignment on the Indictment filed against him. The Court advised Defendant of his rights with respect to the charges, and Defendant entered a plea of not guilty.

The United States requested that Defendant be detained pending his trial. Defendant did not seek release at this time, but requested a detention hearing, which the Court set for Monday, February 27, 2023, at 9 a.m. Therefore,

**IT IS HEREBY ORDERED** the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be

afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 23rd day of February, 2023.

*Kathleen D. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge