IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KEVIN PATRICK SMITH,<br><br>　　　　　　　Defendant. | CR-23-15-M-DLC<br><br>CONSENT TO RULE 11<br>PLEA IN A FELONY CASE |

I hereby declare my intention to enter a plea of guilty in this case. I have been advised by my attorney and by United States Magistrate Judge Kathleen L. DeSoto of my right to enter a change of plea before a United States District Judge. I request and consent to the acceptance of my guilty plea by a United States Magistrate Judge under Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge recommends acceptance of my guilty plea and orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject

//

//

my plea of guilty and any plea agreement I may have with the United States, will adjudicate guilt, and will impose sentence.

DATED this 20th day of April, 2023.

_____
Keving Patrick Smith
Defendant

_____
Andrew J. Nelson
Attorney for Defendant

APPROVED:

_____
Ryan G. Weldon
Assistant United States Attorney

2